UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAL K. AMRANI, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>US BANK TRUST NA, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. C19-0844-RSM<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED.[1] However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 4th day of June, 2019.

Mary Alice Theiler
United States Magistrate Judge

---

[1] Although the caption identifies "Interfaith Education Center" and "MLS Companies Inc." as plaintiffs in this action, the complaint itself appears to clarify that Allal Amrani is the sole and only plaintiff capable of submitting an IFP application. (*See* Dkt. 1-1 at 1-6 and 12.)

ORDER GRANTING IFP APPLICATION
PAGE - 1